1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

4              **United States Bankruptcy Court**
               **Central District of California**
5

6                                          ) Chapter 13
                                           )
7  AARON SAMUEL GOLDSMITH                  ) Case No.: 8:05-bk-16476-RK
                                           )
8                                          ) **NOTICE OF UNCLAIMED DIVIDEND**
                                           ) (Bankruptcy Rule 3011)
9                                          )
                                           )
10                                         )
                                           )
11 _____

12     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13     Please find annexed hereto Check No. **300799** in the sum of **$35.97**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17     AARON SAMUEL GOLDSMITH
       8671 VISCOUNT DRIVE
18     HUNTINGTON BEACH, CA 92861

19 Date: August 7, 2010         _____
20                              Amrane Cohen, Chapter 13 Standing Trustee

21

22

23

24

25

26

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0516476 | AARON SAMUEL GOLDSMITH ACCT: | Claim: 00000 | XXX-XX-9940 | 35.97 | 0.00 | 35.97 |
| | | TOTALS | | 35.97 | 0.00 | 35.97 |

AARON SAMUEL GOLDSMITH

BALANCE:            [0.00 33/00000]
SSN: XXX-XX-9940    SSN:
ACCT:                              CASE: 0516476
PRINCIPAL:     35.97    INTEREST:            0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300799

Jul 23, 2010

VOID 90 DAYS FROM DATE

********$35.97

**PAY** Thirty Five And 97 / 100 Dollars

**TO THE ORDER OF**
U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300799⑈ ⑆061100790⑆ 000000575186 2⑈